UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETS

Docket No.: 09-12055 RWZ

ROBERT S. SNYDER,

Plaintiff,

v.

SERAFINA COLLURA, Individually and as City Councilor for the City of Waltham, RALPH E. GAUDET, Individually and as Superintendent of Public Buildings of the City of Waltham, PATRICK POWELL, Individually and as Senior Building Inspector for the City of Waltham, BERNADETTE SEWELL, Individually and as Assistant City Solicitor for the City of Waltham, JEANNETTE A. McCARTHY, Individually and as Mayor of the City of Waltham, and the CITY OF WALTHAM,

Defendants

**DEFENDANT SERAFINA COLLURA ANSWER TO PLAINTIFFS' COMPLAINT, WITH AFFIRMATIVE DEFENSES AND JURY DEMAND**

The Defendant, Serafina Collura ("Defendant"), hereby denies any wrongdoing and responds to the Plaintiff's Complaint as follows:

## INTRODUCTION

1. The Defendant states that this paragraph contains conclusions of law to which no response is required.

## JURISDICTION AND VENUE

2. The Defendant states that this paragraph contains conclusions of law to which no response is required.

3. The Defendant states that this paragraph contains conclusions of law to which no response is required.

4. The Defendant states that this paragraph contains conclusions of law to which no response is required.

## PARTIES

5. The Defendant states that this paragraph contains conclusions of law to which no response is required. To the extent that this paragraph is construed to allege facts and an answer is required, the Defendant is without personal knowledge or information sufficient to form a belief as to the truth of the allegations.

6. The Defendant admits that allegations contained in this paragraph of the complaint.

7. The Defendant states that this paragraph contains conclusions of law to which no response is required. To the extent that this paragraph is construed to allege facts and an answer is required, the Defendant admits that she is a councilor-at-large for the City of Waltham and resides in the City of Waltham.

8. The Defendant states that this paragraph contains conclusions of law to which no response is required. To the extent that this paragraph is construed to allege facts and an answer is required, the Defendant admits that Ralph Gaudet is the Building Commissioner/ Superintendent of Buildings for the City of Waltham.

9. The Defendant states that this paragraph contains conclusions of law to which no response is required. To the extent that this paragraph is construed to allege facts and an answer is required, the Defendant admits that Patrick Powell is a senior building inspector and zoning officer for the City of Waltham.

10. The Defendant states that this paragraph contains conclusions of law to which no response is required. To the extent that this paragraph is construed to allege facts and an answer is required, the Defendant admits that Bernadette Sewell is an assistant city solicitor for the City of Waltham.

11. The Defendant states that this paragraph contains conclusions of law to which no response is required. To the extent that this paragraph is construed to allege facts and an answer is required, the Defendant admits that Jeanette A. McCarthy is the mayor of the City of Waltham.

## FACTS

12. The Defendant is without personal knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

13. The Defendant is without personal knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph. Answering further, the Defendant states that the document referenced as Exhibit 1 speaks for itself.

14. The Defendant states that this paragraph contains conclusions of law to which no response is required. To the extent that this paragraph is construed to allege facts and an answer is required, the Defendant states that the Waltham General Ordinances speak for itself.

15. The Defendant is without personal knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

16. The Defendant states that this paragraph contains conclusions of law to which no response is required. To the extent that this paragraph is construed to allege facts and an answer is required, the Defendant is without personal knowledge or information sufficient to form a belief as to the truth of the allegations.

17. The Defendant states that this paragraph contains conclusions of law to which no response is required. To the extent that this paragraph is construed to allege facts and an answer is required, the Defendant is without personal knowledge or information sufficient to form a belief as to the truth of the allegations.

18. The Defendant states that this paragraph contains conclusions of law to which no response is required. To the extent that this paragraph is construed to allege facts and an answer is required, the Defendant admits that she was an employee of Snyder and ETCO.

19. The Defendant admits that Snyder terminated her employment.

20. The Defendant denies the allegations contained in this paragraph of the complaint.

21. The Defendant admits that she applied for unemployment benefits. Answering further, the Defendant states that the document referenced as Exhibit 2 speaks for itself.

22. The Defendant states that the document referenced as Exhibit 2 speaks for itself.

23. The Defendant denies the allegations contained in this paragraph of the complaint.

24. The Defendant denies the allegations contained in this paragraph of the complaint.

25. As alleged, the Defendant denies the allegations contained in this paragraph of the complaint.

26. As alleged, the Defendant denies the allegations contained in this paragraph of the complaint. Answering further, the Defendant states that the document referenced as Exhibit 4 speaks for itself.

27. As alleged, the Defendant denies the allegations contained in this paragraph of the complaint.

28. As alleged, the Defendant denies the allegations contained in this paragraph of the complaint.

29. As alleged, the Defendant denies the allegations contained in this paragraph of the complaint. Answering further, the Defendant states that the document referenced as Exhibit 5 speaks for itself.

30. The Defendant is without personal knowledge or information sufficient to form a belief as to the truth of the allegations.

31. The Defendant is without personal knowledge or information sufficient to form a belief as to the truth of the allegations. Answering further, the Defendant states that the document referenced as Exhibit 6 speaks for itself.

32. The Defendant is without personal knowledge or information sufficient to form a belief as to the truth of the allegations. Answering further, the Defendant states that the document referenced as Exhibit 7 speaks for itself.

33. As alleged, the Defendant denies the allegations contained in this paragraph of the complaint.

34. The Defendant is without personal knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

35. As alleged, the Defendant denies the allegations contained in this paragraph of the complaint.

36. As alleged, the Defendant denies the allegations contained in this paragraph of the complaint.

37. The Defendant admits the allegations contained in this paragraph of the complaint. Answering further, the Defendant states that the document referenced as Exhibit 8 speaks for itself.

38. As alleged, the Defendant denies the allegations contained in this paragraph of the complaint.

39. The Defendant is without personal knowledge or information sufficient to form a belief as to the truth of the allegations. Answering further, the Defendant states that the document referenced as Exhibit 9 speaks for itself, but contains false information. Finally, the Defendant denies any wrongdoing.

40. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

41. As alleged, the Defendant denies the allegations contained in this paragraph of the complaint. Answering further, the Defendant states that the document referenced as Exhibit 10 speaks for itself.

42. The Defendant is without personal knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

43. The Defendant is without personal knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

44. The Defendant states that the document referenced as Exhibit 11 speaks for itself.

45. As alleged, the Defendant denies the allegations contained in this paragraph of the complaint. Answering further, the Defendant states that the document referenced as Exhibit 12 speaks for itself.

46. The Defendant is without personal knowledge or information sufficient to form a belief as to the truth of the allegations. Answering further, the Defendant states that the document referenced as Exhibit 13 speaks for itself.

47. As alleged, the Defendant denies the allegations contained in this paragraph of the complaint.

48. The Defendant admits that she has received and reviewed City of Waltham documents related to the 57 Grant property.

49. The Defendant is without personal knowledge or information sufficient to form a belief as to the truth of the allegations. Answering further, the Defendant states that the document referenced as Exhibit 14 speaks for itself.

50. The Defendant is without personal knowledge or information sufficient to form a belief as to the truth of the allegations.

51. The Defendant is without personal knowledge or information sufficient to form a belief as to the truth of the allegations.

52. The Defendant is without personal knowledge or information sufficient to form a belief as to the truth of the allegations.

53. The Defendant is without personal knowledge or information sufficient to form a belief as to the truth of the allegations. Answering further, the Defendant states that the document referenced as Exhibit 15 speaks for itself.

**COUNT I**
**42 U.S.C. §§ 1983, 1985, 1986**

54. The Defendant repeats, realleges and incorporates all preceding paragraphs.

55. The Defendant states that this paragraph contains conclusions of law to which no response is required.

56. The Defendant states that this paragraph contains conclusions of law to which no response is required. To the extent that this paragraph is construed to allege facts and an answer is required, the Defendant denies the allegations contained in this paragraph.

57. The Defendant states that this paragraph contains conclusions of law to which no response is required. To the extent that this paragraph is construed to allege facts and an answer is required, the Defendant denies the allegations contained in this paragraph.

58. The Defendant states that this paragraph contains conclusions of law to which no response is required. To the extent that this paragraph is construed to allege facts and an answer is required, the Defendant denies the allegations contained in this paragraph.

59. The Defendant states that this paragraph contains conclusions of law to which no response is required. To the extent that this paragraph is construed to allege facts and an answer is required, the Defendant denies the allegations contained in this paragraph.

60. The Defendant states that this paragraph contains conclusions of law to which no response is required. To the extent that this paragraph is construed to allege facts and an answer is required, the Defendant denies the allegations contained in this paragraph.

61. The Defendant states that this paragraph contains conclusions of law to which no response is required. To the extent that this paragraph is construed to allege facts and an answer is required, the Defendant denies the allegations contained in this paragraph.

62. The Defendant states that this paragraph contains conclusions of law to which no response is required. To the extent that this paragraph is construed to allege facts and an answer is required, the Defendant denies the allegations contained in this paragraph.

63. The Defendant states that this paragraph contains conclusions of law to which no response is required. To the extent that this paragraph is construed to allege facts and an answer is required, the Defendant denies the allegations contained in this paragraph.

64. The Defendant states that this paragraph contains conclusions of law to which no response is required. To the extent that this paragraph is construed to allege facts and an answer is required, the Defendant denies the allegations contained in this paragraph.

WHEREFORE, the Defendant hereby demands that judgment be entered in her favor as to all counts of the Plaintiff's complaint with interest, fees, and costs awarded to the Defendant.

**COUNT II**
**Abuse of Process**

65. The Defendant repeats, realleges and incorporates all preceding paragraphs.

66. The Defendant states that this paragraph contains conclusions of law to which no response is required. To the extent that this paragraph is construed to allege facts and an answer is required, the Defendant denies the allegations contained in this paragraph.

67. The Defendant states that this paragraph contains conclusions of law to which no response is required. To the extent that this paragraph is construed to allege facts and an answer is required, the Defendant denies the allegations contained in this paragraph.

WHEREFORE, the Defendant hereby demands that judgment be entered in her favor as to all counts of the Plaintiff's complaint with interest, fees, and costs awarded to the Defendant.

**COUNT III**
**Malicious Prosecution**

68. The Defendant repeats, realleges and incorporates all preceding paragraphs.

69. The Defendant states that this paragraph contains conclusions of law to which no response is required. To the extent that this paragraph is construed to allege facts and an answer is required, the Defendant denies the allegations contained in this paragraph.

70. The Defendant states that this paragraph contains conclusions of law to which no response is required. To the extent that this paragraph is construed to allege facts and an answer is required, the Defendant is without personal knowledge or information sufficient to form a belief as to the truth of the allegations.

71. The Defendant states that this paragraph contains conclusions of law to which no response is required. To the extent that this paragraph is construed to allege facts and an answer is required, the Defendant denies the allegations contained in this paragraph.

WHEREFORE, the Defendant hereby demands that judgment be entered in her favor as to all counts of the Plaintiff's complaint with interest, fees, and costs awarded to the Defendant.

**COUNT IV**
**Civil Conspiracy**

72. The Defendant repeats, realleges and incorporates all preceding paragraphs.

73. The Defendant states that this paragraph contains conclusions of law to which no response is required. To the extent that this paragraph is construed to allege facts and an answer is required, the Defendant denies the allegations contained in this paragraph.

74. The Defendant states that this paragraph contains conclusions of law to which no response is required. To the extent that this paragraph is construed to allege facts and an answer is required, the Defendant denies the allegations contained in this paragraph.

75. The Defendant states that this paragraph contains conclusions of law to which no response is required. To the extent that this paragraph is construed to allege facts and an answer is required, the Defendant denies the allegations contained in this paragraph.

WHEREFORE, the Defendant hereby demands that judgment be entered in her favor as to all counts of the Plaintiff's complaint with interest, fees, and costs awarded to the Defendant.

**COUNT V**
**Massachusetts Civil Rights Act, G.L. c. 12, §§ 11H, 11I**

76. The Defendant repeats, realleges and incorporates all preceding paragraphs.

77. The Defendant states that this paragraph contains conclusions of law to which no response is required. To the extent that this paragraph is construed to allege facts and an answer is required, the Defendant denies the allegations contained in this paragraph.

78. The Defendant states that this paragraph contains conclusions of law to which no response is required. To the extent that this paragraph is construed to allege facts and an answer is required, the Defendant denies the allegations contained in this paragraph.

79. The Defendant states that this paragraph contains conclusions of law to which no response is required. To the extent that this paragraph is construed to allege facts and an answer is required, the Defendant denies the allegations contained in this paragraph.

80. The Defendant states that this paragraph contains conclusions of law to which no response is required. To the extent that this paragraph is construed to allege facts and an answer is required, the Defendant denies the allegations contained in this paragraph.

WHEREFORE, the Defendant hereby demands that judgment be entered in her favor as to all counts of the Plaintiff's complaint with interest, fees, and costs awarded to the Defendant.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief can be granted. As a result, this action should be dismissed with prejudice and with costs and fees to the Defendant.

### SECOND AFFIRMATIVE DEFENSE

The Plaintiff is estopped by his conduct from recovering on this claim.

**THIRD AFFIRMATIVE DEFENSE**

The Defendant says that the injuries or damages alleged were caused in whole or in part by the Plaintiff's own conduct.

**FOURTH AFFIRMATIVE DEFENSE**

The Defendant says that the injuries or damages alleged were caused in whole or in part by the Plaintiff's violation of statutes, ordinances and regulations.

**FIFTH AFFIRMATIVE DEFENSE**

The Defendant is entitled to absolute immunity, and qualified immunity from claims of civil rights violations because Defendant's conduct was objectively legally reasonable and not in violation of any clearly established civil rights.

**SIXTH AFFIRMATIVE DEFENSE**

The Defendant was justified in her conduct and acts, and, therefore, not liable to the Plaintiff.

**SEVENTH AFFIRMATIVE DEFENSE**

The Defendant states that her actions were performed according to, and protected by law, and/or legal process, and that therefore the Plaintiffs cannot recover.

**EIGHTH AFFIRMATIVE DEFENSE**

The Defendant was privileged in her conduct and acts, and, therefore, the Plaintiffs cannot recover.

**NINTH AFFIRMATIVE DEFENSE**

The Defendant states that at all times relevant hereto, the Defendant acted without malice toward the Plaintiff and that her actions relative to the Plaintiffs were privileged by virtue of her acting reasonably and in good faith within the scope of his authority.

**TENTH AFFIRMATIVE DEFENSE**

The Defendant answering states that the Plaintiff was not deprived of any rights secured by either the state or U.S. Constitution or by the laws of the Commonwealth of Massachusetts or the United States.

**ELEVENTH AFFIRMATIVE DEFENSE**

The Defendant answering states that the Plaintiff, by his conduct and actions and/or by the conduct and actions of his agents and servants, have waived any and all rights they may have had against the Defendant.

**TWELFTH AFFIRMATIVE DEFENSE**

The Defendant answering states that if the Plaintiffs suffered injuries or damage, as alleged, such injuries or damage were caused by someone for whose conduct the Defendant was not and is not legally responsible.

**THIRTEENTH AFFIRMATIVE DEFENSE**

The Defendant states that no act or omission by Defendant was a proximate cause of damages, if any, allegedly sustained by the Plaintiff.

**FOURTEENTH AFFIRMATIVE DEFENSE**

The Defendant answering states that the Plaintiff failed to bring this action timely pursuant to the applicable statute of limitations.

**FIFTEENTH AFFIRMATIVE DEFENSE**

The Defendant answering states that Plaintiff cannot recover for alleged violations of civil rights under Massachusetts Law where there have been no threats, intimidations or coercion proximately causing such alleged deprivation of rights.

**SIXTEENTH AFFIRMATIVE DEFENSE**

There is no statutory or common law cause of action for negligent violations of civil rights and therefore Plaintiffs cannot recover.

**SEVENTEENTH AFFIRMATIVE DEFENSE**

The Defendant is absolutely immune from liability for testimony in a judicial proceeding and therefore Plaintiffs cannot recover.

**EIGHTEENTH AFFIRMATIVE DEFENSE**

The Defendant is immune from claims of negligence or wrongful acts as a governmental employee within the scope of her authority and therefore Plaintiffs cannot recover. Mass. Gen. L. ch. 258 §2.

**NINETEENTH AFFIRMATIVE DEFENSE**

The Defendant states that the plaintiffs cannot recover for the reason that the plaintiff failed to give notice of the damages allegedly suffered by the plaintiff to the defendant as required by M.G.L. c. 258.

**TWENTIETH AFFIRMATIVE DEFENSE**

The Defendant states that his actions are immune from suit as they were discretionary functions.

**JURY CLAIM**

The Defendant demands a trial by jury on all issues raised in the complaint that are so triable.

Respectfully submitted,
The Defendant,
Serafina Collura,
By her attorneys,

*/s/ Leonard H. Kesten*
Leonard H. Kesten, BBO# 542042
Thomas R. Donohue, BBO# 643483
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100
lkesten@bhpklaw.com
tdonohue@bhpklaw.com

Dated: March 5, 2010

**CERTIFICATE OF SERVICE**

I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF) and paper copies will be sent this day to those participants indicated as non-registered participants.

*/s/Thomas R. Donohue*
Thomas R. Donohue, BBO# 643483