UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Robert S. Snyder | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 1:09-cv-12055-RWZ |
| | : | |
| Sarafina Collura, Individually and as | : | |
| City Councilor for the City of Waltham; | : | |
| Ralph E. Gaudet, Individually and as | : | |
| Superintendent of Public Buildings of the | : | |
| City of Waltham of Waltham; Patrick | : | |
| Powell, Individually and as Senior Building | : | |
|   Inspector for the | : | |
| City of Waltham; and | : | |
| The City of Waltham, | : | |
|     Defendants | : | |
| | : | |

**ANSWER AND JURY TRIAL CLAIM OF DEFENDANT
CITY OF WALTHAM**

1. The Defendant, City of Waltham, is without sufficient knowledge to form an opinion as to the truth asserted in this paragraph and calls upon the Plaintiff to prove the same.

2. The Defendant, City of Waltham, is without sufficient knowledge to form an opinion as to the truth asserted in this paragraph and calls upon the Plaintiff to prove the same.

3. The Defendant, City of Waltham, is without sufficient knowledge to form an opinion as to the truth asserted in this paragraph and calls upon the Plaintiff to prove the same.

4. The Defendant, City of Waltham, is without sufficient knowledge to form an opinion as to the truth asserted in this paragraph and calls upon the Plaintiff to prove the same.

5. The Defendant, City of Waltham, is without sufficient knowledge to form an opinion as to the truth asserted in this paragraph and calls upon the Plaintiff to prove the same.

6. Admit.

7. The Defendant, City of Waltham, is without sufficient knowledge to form an opinion as to the truth asserted in this paragraph and calls upon the Plaintiff to prove the same.

8. Admit.

9. Admit.

10. Admit.

11. Admit.

12. The Defendant, City of Waltham, is without sufficient knowledge to form an opinion as to the truth asserted in this paragraph and calls upon the Plaintiff to prove the same.

13. The Defendant, City of Waltham, is without sufficient knowledge to form an opinion as to the truth asserted in this paragraph and calls upon the Plaintiff to prove the same and further answering states that the document attached speaks for itself.

14. The Defendant, City of Waltham, answers that, to the extent the allegations contained in this paragraph make reference to the Ordinances of the City of Waltham, said Ordinances speak for themselves.

15. The Defendant, City of Waltham, is without sufficient knowledge to form an opinion as to the truth asserted in this paragraph and calls upon the Plaintiff to prove the same.

16. The Defendant, City of Waltham, is without sufficient knowledge to form an opinion as to the truth asserted in this paragraph and calls upon the Plaintiff to prove the same.

17. The Defendant, City of Waltham, is without sufficient knowledge to form an opinion as to the truth asserted in this paragraph and calls upon the Plaintiff to prove the same.

18. The Defendant, City of Waltham, is without sufficient knowledge to form an opinion as to the truth asserted in this paragraph and calls upon the Plaintiff to prove the same.

19. The Defendant, City of Waltham, is without sufficient knowledge to form an opinion

as to the truth asserted in this paragraph and calls upon the Plaintiff to prove the same.

20. The Defendant, City of Waltham, is without sufficient knowledge to form an opinion as to the truth asserted in this paragraph and calls upon the Plaintiff to prove the same.

21. The Defendant, City of Waltham, is without sufficient knowledge to form an opinion as to the truth asserted in this paragraph and calls upon the Plaintiff to prove the same and further answering states that the document attached speaks for itself.

22. The Defendant, City of Waltham, is without sufficient knowledge to form an opinion as to the truth asserted in this paragraph and calls upon the Plaintiff to prove the same and further answering states that the document attached speaks for itself.

23. The Defendant, City of Waltham, is without sufficient knowledge to form an opinion as to the truth asserted in this paragraph and calls upon the Plaintiff to prove the same.

24. The Defendant, City of Waltham, is without sufficient knowledge to form an opinion as to the truth asserted in this paragraph and calls upon the Plaintiff to prove the same.

25. The Defendant, City of Waltham, is without sufficient knowledge to form an opinion as to the truth asserted in this paragraph and calls upon the Plaintiff to prove the same and further answering states that the document attached speaks for itself.

26. The Defendant, City of Waltham, is without sufficient knowledge to form an opinion as to the truth asserted in this paragraph and calls upon the Plaintiff to prove the same and further answering states that the document attached speaks for itself.

27. Denied.

28. The Defendant, City of Waltham, is without sufficient knowledge to form an opinion as to the truth asserted in this paragraph and calls upon the Plaintiff to prove the same.

29. The Defendant, City of Waltham, is without sufficient knowledge to form an opinion

as to the truth asserted in this paragraph and calls upon the Plaintiff to prove the same and further answering states that the document attached speaks for itself.

30. The Defendant, City of Waltham, is without sufficient knowledge to form an opinion as to the truth asserted in this paragraph and calls upon the Plaintiff to prove the same.

31. The Defendant, City of Waltham, is without sufficient knowledge to form an opinion as to the truth asserted in this paragraph and calls upon the Plaintiff to prove the same and further answering states that the document attached speaks for itself.

32. The Defendant, City of Waltham, is without sufficient knowledge to form an opinion as to the truth asserted in this paragraph and calls upon the Plaintiff to prove the same.

33. Denied.

34. Denied.

35.  The Defendant, City of Waltham, is without sufficient knowledge to form an opinion as to the truth asserted in this paragraph and calls upon the Plaintiff to prove the same.

36. The Defendant, City of Waltham, is without sufficient knowledge to form an opinion as to the truth asserted in this paragraph and calls upon the Plaintiff to prove the same.

37. The Defendant, City of Waltham, is without sufficient knowledge to form an opinion as to the truth asserted in this paragraph and calls upon the Plaintiff to prove the same and further answering states that the document attached speaks for itself.

38. The Defendant, City of Waltham, is without sufficient knowledge to form an opinion as to the truth asserted in this paragraph and calls upon the Plaintiff to prove the same.

39. The Defendant, City of Waltham, is without sufficient knowledge to form an opinion as to the truth asserted in this paragraph and calls upon the Plaintiff to prove the same and further stating that the attached document speaks for itself.

40. The Defendant, City of Waltham, is without sufficient knowledge to form an opinion as to the truth asserted in this paragraph and calls upon the Plaintiff to prove the same.

41. The Defendant, City of Waltham, is without sufficient knowledge to form an opinion as to the truth asserted in this paragraph and calls upon the Plaintiff to prove the same and further stating that the attached document speaks for itself.

42. The Defendant, City of Waltham, is without sufficient knowledge to form an opinion as to the truth asserted in this paragraph and calls upon the Plaintiff to prove the same.

43. The Defendant, City of Waltham, is without sufficient knowledge to form an opinion as to the truth asserted in this paragraph and calls upon the Plaintiff to prove the same.

44. The Defendant, City of Waltham, is without sufficient knowledge to form an opinion as to the truth asserted in this paragraph and calls upon the Plaintiff to prove the same and further stating that the attached document speaks for itself.

45. The Defendant, City of Waltham, is without sufficient knowledge to form an opinion as to the truth asserted in this paragraph and calls upon the Plaintiff to prove the same and further stating the attached document speaks for itself.

46. Admit so much of this paragraph pertaining to the date of the document and further stating the attached document speaks for itself.

47. The Defendant, City of Waltham, is without sufficient knowledge to form an opinion as to the truth asserted in this paragraph and calls upon the Plaintiff to prove the same.

48.  The Defendant, City of Waltham, is without sufficient knowledge to form an opinion as to the truth asserted in this paragraph and calls upon the Plaintiff to prove the same.

49. The Defendant, City of Waltham, is without sufficient knowledge to form an opinion as to the truth asserted in this paragraph and calls upon the Plaintiff to prove the same and

further stating the attached document speaks for itself.

50. The Defendant, City of Waltham, is without sufficient knowledge to form an opinion as to the truth asserted in this paragraph and calls upon the Plaintiff to prove the same..

51. The Defendant, City of Waltham, is without sufficient knowledge to form an opinion as to the truth asserted in this paragraph and calls upon the Plaintiff to prove the same.

52. The Defendant, City of Waltham, is without sufficient knowledge to form an opinion as to the truth asserted in this paragraph and calls upon the Plaintiff to prove the same.

53. The Defendant, City of Waltham, is without sufficient knowledge to form an opinion as to the truth asserted in this paragraph and calls upon the Plaintiff to prove the same and further stating the attached document speaks for itself.

## COUNT I

54. The Defendant, City of Waltham, reincorporates and re-alleges all of their responses numbered 1 through 53 above.

55. The Defendant, City of Waltham, is without sufficient knowledge to form an opinion as to the truth asserted in this paragraph and calls upon the Plaintiff to prove the same.

56. The Defendant, City of Waltham, is without sufficient knowledge to form an opinion as to the truth asserted in this paragraph and calls upon the Plaintiff to prove the same.

57. Denied.

58. Denied.

59. Denied.

60. Denied.

61. Denied.

62. Denied.

63. The Defendant, City of Waltham, is unable to admit or deny the allegations contained in this paragraph as the statement is a conclusion of law.

64. The Defendant, City of Waltham, is without sufficient knowledge to form an opinion as to the truth asserted in this paragraph and calls upon the Plaintiff to prove the same.

## COUNT II

65. The Defendant, City of Waltham, reincorporates and re-alleges all of their responses numbered 1 through 64 above.

66. Denied.

67. Denied.

## COUNT III

68. The Defendant, City of Waltham, reincorporates and re-alleges all of their responses numbered 1 through 67 above.

69. Denied.

70. The Defendant, City of Waltham, is without sufficient knowledge to form an opinion as to the truth asserted in this paragraph and calls upon the Plaintiff to prove the same.

71. The Defendant, City of Waltham, is unable to admit or deny the allegations contained in this paragraph as the statement is a conclusion of law.  To the extent a response is required the Defendants deny the allegations contained in this paragraph.

## COUNT IV

72. The Defendant, City of Waltham, reincorporates and re-alleges all of their responses

numbered 1 through 71 above.

73. Denied.

74. Denied.

75. The Defendant, City of Waltham, is unable to admit or deny the allegations contained in this paragraph as the statement is a conclusion of law.

## COUNT V

76. The Defendant, City of Waltham, reincorporates and re-alleges all of their responses numbered 1 through 75 above.

77. The Defendant, City of Waltham, is unable to admit or deny the allegations contained in this paragraph as the statement is a conclusion of law. To the extent a response is required the Defendants deny the allegations contained in this paragraph.

78. The Defendant, City of Waltham, is unable to admit or deny the allegations contained in this paragraph as the statement is a conclusion of law.

79. The Defendant, City of Waltham, is unable to admit or deny the allegations contained in this paragraph as the statement is a conclusion of law. To the extent a response is required the Defendants deny the allegations contained in this paragraph.

80. The Defendant, City of Waltham, is unable to admit or deny the allegations contained in this paragraph as the statement is a conclusion of law. To the extent a response is required the Defendants deny the allegations contained in this paragraph.

AFFIRMATIVE DEFENSES

**First Affirmative defense**

By way of affirmative defense the Defendant states that there was no misuse or abusive legal process instituted against this Plaintiff.

## Second Affirmative Defense

By way of affirmative defense the Defendant states that it never acted with malice but rather acted only in good faith.

## Third Affirmative Defense

By way of affirmative defense the Defendant states that the Plaintiff suffered no damages thus may not recover.

## Fourth Affirmative Defense

By way of affirmative defense the Defendant states that it had probable cause and acted in good faith in all actions in the investigation and course of actions against this Plaintiff.

## Fifth Affirmative Defense

By way of affirmative defense the Defendant states that all administrative enforcement proceedings regarding the Plaintiff's activities were with probable cause, undertaken in good faith, and done without malice.

## Sixth Affirmative Defense

By way of affirmative defense the Defendant states that they acted with a lawful purpose and employed lawful means.

## Seventh Affirmative Defense

By way of affirmative defense the Defendant states that they never interfered with the rights of the Plaintiff by threats, intimidation, or coercion.

## Eighth Affirmative Defense

By way of affirmative defense the Defendants state that there can be no recovery against

this Defendant under the Massachusetts Civil Rights Act

## Ninth Affirmative Defense

By way of affirmative defense the Defendant, City of Waltham, states that it is a not a proper entity that may be liable under the Massachusetts Civil Rights Act.

## Tenth Affirmative defense

By way of affirmative defense the Defendant, City of Waltham, states that the Plaintiff's claim is barred the doctrine of estoppel.

## Eleventh  Affirmative Defense

By way of affirmative defense the Defendant, City of Waltham, states that the Plaintiff's claim is barred by the defense of fraud.

## Twelfth Affirmative Defense

By way of affirmative defense the Defendant, City of Waltham, states that the Plaintiff's claim is barred by the defense of illegality.

## Thirteenth Affirmative Defense

By way of affirmative defense the Defendant, City of Waltham, states that the Plaintiff's claim is barred by the Plaintiff's waiver.

## Fourteenth Affirmative Defense

By way of affirmative defense the Defendant, City of Waltham, states that the Complaint fails to state a claim against this Defendant, City of Waltham, upon which relief can be granted.

## Fifteenth Affirmative Defense

By way of affirmative defense the relief sought of money damages requested by Plaintiff

cannot be granted because the City of Waltham cannot be held liable for damages under Title 42 U.S.C. § 1983, under the doctrine of respondeat superior.

### Sixteenth Affirmative Defense

The Plaintiff has failed to show that Defendant, City of Waltham, has engaged in a pattern of conduct or local custom which brought about the conduct complained of by Plaintiff.

### Seventeenth Affirmative Defense

The Plaintiff has failed to show that the Defendant, City of Waltham, has engaged in a pattern of conduct or local custom that is so well-settled and widespread that the policymaking officials of the City had actual or constructive knowledge of it yet did nothing to end the practice.

### Eighteen Affirmative Defense

The Plaintiff has failed to show that Defendant, City of Waltham, has engaged in a pattern of conduct or local custom that was the moving force behind the alleged deprivation of constitutional rights.

### Nineteenth Affirmative Defense

The Plaintiff has failed to show that Defendant, City of Waltham, failed engage in any behavior, custom or practice that would support Title 42 U.S.C. § 1983 liability.

### Twentieth Affirmative Defense

The Plaintiff has failed to show that Defendant, City of Waltham, was grossly negligent in any of its actions undertaken in the training of its employees.

### Twenty First Affirmative Defense

The Plaintiff has failed to show that Defendant, City of Waltham's, training policy for its

employees amounted to reckless disregard for, or deliberate indifference to, the rights of persons with whom the employees came into contact.

### Twenty Second Affirmative Defense

The Plaintiff has failed to show that Defendant, City of Waltham, was grossly negligent, reckless, or deliberately indifferent, in its hiring, training, or supervision of its employees.

### Twenty Third Affirmative Defense

The Plaintiff is not entitled to recover because the claims set forth in the Complaint are barred by the appropriate Statute of Limitations.

### Twenty Fourth Affirmative Defense

The Plaintiff is estopped from recovery as Plaintiff's claims are barred by the doctrines of collateral estoppel and *res judicata* and by the doctrine of unclean hands.

### Twenty Fifth Affirmative Defense

The Plaintiff consented to the actions of the Defendant, City of Waltham.

### Twenty Sixth Affirmative Defense

The Defendant, City of Waltham's actions were justified.

### Twenty Seventh Affirmative Defense

The Defendant, City of Waltham, acted out of necessity.

### Twenty Eighth Affirmative Defense

The Defendant, City of Waltham, is immune from suit.

### Twenty Ninth Affirmative Defense

The Defendant, City of Waltham, acted in good faith reliance on constitutional, legislative, statutory, judicial or other legal authority.

### Thirtieth Affirmative Defense

The Plaintiffs' action is barred by applicable provisions of M.G.L. c. 258, § 10.

### Thirty First Affirmative Defense

The Plaintiff's action is barred for failure to comply with the statutory requirements of M.G.L. c. 258, § 4.

### Thirty Second Affirmative Defense

The Plaintiff's actions were negligent, which negligence was greater than Defendant, City of Waltham's, negligence and, therefore, Plaintiff is not entitled to recover any damages or such that any recovery must be reduced proportional to the degree of negligence.

### Thirty Third Affirmative Defense

At the time and place alleged in the Complaint, Plaintiff contributed directly and proximately to his own damages.

### Thirty Fourth Affirmative Defense

If Plaintiff sustained damages as alleged in the Complaint, they were caused by acts other than by Defendant, City of Waltham, its agents or servants, or any person whose conduct the Defendant City of Waltham would not be responsible for.

### Thirty Fifth Affirmative Defense

The Defendant, City of Waltham, was justified in its conduct in any acts it may have performed or caused to be performed and is, therefore, not liable to Plaintiff as alleged in the Complaint.

### Thirty Sixth Affirmative Defense

The Defendant, City of Waltham, is a municipality against which punitive damages may

not be assessed.

### Thirty Seventh Affirmative Defense

The Defendant, City of Waltham, states that its actions and the conduct of the other named Defendants were objectively reasonable under the circumstances of which they were aware, and enjoyed qualified immunity from suit and liability.

### Thirty Eighth Affirmative Defense

The Defendant, City of Waltham, states that its actions and conduct of the other named Defendants did not violate any clearly established constitutional or statutory rights of which they reasonably should have been aware and, therefore, they are entitled to qualified immunity.

### Thirty Ninth Affirmative Defense

The Defendant, City of Waltham, states that any and all actions of any of the other named Defendants were of their own action under the doctrine of *ultra vires* and outside the scope of their positions with the City of Waltham for which the City of Waltham is not liable.

### Fortieth Affirmative Defense

The Defendant, City of Waltham, hereby incorporates by reference any and all Affirmative Defenses not stated above but included in the Affirmative Defenses filed by the co-defendants in so far as they are applicable to the Defendant City of Waltham.

**WHEREFORE,** the City of Waltham denies that the Plaintiff is entitled to any relief or damages as prayed for or otherwise, and demands Judgment for the Defendant, City of Waltham.

### Demand for Attorney's Fees and Costs

14

The Defendant, City of Waltham, pursuant to the provisions of 1988 of Title 42 of the United States Code, requests this Court to award said Defendant, and assess against the Plaintiff, as part of any judgment, fair and reasonable attorneys fees and costs of this action.

### Demand For Trial By Jury

The Defendant claims a trial by jury of all issues in this action.

Respectfully Submitted,
By Defendant,
CITY OF WALTHAM,
By its attorney,


Luke Stanton, BBO # 548619
Assistant City Solicitor
City of Waltham Law Department
119 School Street
Waltham, MA 02451
(781) 314-3330
lstanton@city.waltham.ma.us

Dated: September 16, 2010


I hereby certify that a true copy of the
above document was served upon each party
appearing pro se and attorney of record for
each other party by mail/fax/email/hand *electronically*
on 9-17-10
by ~~BERNADETTE DUNN SEWELL~~
Luke Stanton

15