UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 09-12055-RWZ

ROBERT S. SNYDER

v.

SERAFINA COLLURA, *etc., et al.*

ORDER
April 22, 2011

ZOBEL, D.J.

This case has spawned an unseemly number of discovery and related motions, as well as letters.

First, counsel are reminded that Local Rule 26.2 ( C ) requires all discovery motions to be accompanied by certification "that the moving party has made a reasonable and good-faith effort to reach agreement with opposing counsel on the matters set forth in the motion."  Absent such certification, the court "shall not consider any discovery motion."

Second, in the context of this case, plaintiff's several motions addressing defendants' access to and observation of his building are discovery motions.

Third, the events that gave rise to the law suit occurred between August 2006 and September 2009.  It is unclear why discovery as to matters outside this time frame is appropriate.

In light of these principles, plaintiff's motion for a restraining order (Docket # 40)

is denied because it does not include the required certification and because there is no evidence in the record to support it.

Plaintiff's motion for an extension of time for discovery (Docket # 41) is held in abeyance pending the scheduling conference on May 4, 2011.

Although the motion to quash subpoena by Leon Shabott (Docket # 46), a non-party, is not yet ripe, the court anticipates that counsel will work out an accommodation before the scheduling conference.


    April 22, 2011                                      /s/Rya W. Zobel
        DATE                                            RYA W. ZOBEL
                                                      UNITED STATES DISTRICT JUDGE