# United States District Court
## District of Massachusetts

|  |  |
|---|---|
| ROBERT S. SNYDER, ) | C.A. No. 1:09-cv-12055 |
| ) |  |
| Plaintiff(s) ) |  |
| ) |  |
| v. ) |  |
| ) |  |
| SERAFINA COLLURA, et al. ) |  |
| ) |  |
| Defendant(s) ) |  |

**Plaintiff's Motion to Defer Deadline to File Opposition to Defendant City of Waltham's Motion for Reconsideration [Document 93] till October 15, 2014 or Until the U.S. Supreme Court Issues a Final Decision on Any Petition for Certiorari**

The plaintiff hereby moves the court to defer the deadline to file an opposition to the defendant city of Waltham's "Motion for Reconsideration" (document 93) until October 15, 2014 – 90 days after the First Circuit Court of Appeals denied the plaintiff's timely Petition for Rehearing or Rehearing En Banc, or until the U.S. Supreme Court issues a final order on a petition for certiorari. The plaintiff is contemplating filing a petition for certiorari with the U.S. Supreme Court, and he has 90 days to do so. See Supreme Court Rule 13. The plaintiff's petition for rehearing in the Court of Appeals was filed July 10, 2014, and denied July 17, 2014.

WHEREFORE, for all the foregoing reasons, the plaintiff requests that the court GRANT this motion, and stay proceedings in the District Court.

PLAINTIFF
By his Attorney(s),

_Zaheer A. Samee_
Leonard A. Frisoli, Esq. BBO # 638201
laf@frisolilaw.com
Zaheer A. Samee, Esq. BBO #667751
zas@frisolilaw.com
Frisoli Associates, P.C.
43 Thorndike Street
Cambridge, MA 02141
Tel (617) 494-0200

Date: July 22, 2014

## CERTIFICATE OF SERVICE

I certify that on <u>July 22, 2014</u>, I served the attached

**Plaintiff's Motion to Defer Deadline to File Opposition to
Defendant City of Waltham's Motion for Reconsideration [Document 93] till October 15, 2014 or
Until the U.S. Supreme Court Issues a Final Decision on Any Petition for Certiorari**

by sending a copy to the following:

| | |
|---|---|
| *For Gaudet, Powell, and City of Waltham* | *For Collura* |
| John B. Cervone | Leonard H. Kesten |
| Bernadette Sewell | Thomas R. Donohue |
| Luke Stanton | Brody Hardoon Perkins & Keston LLP |
| City of Waltham Law Department | 1 Exeter Plaza, 12th floor |
| 119 School St. | Boston, Mass. 02116 |
| Waltham, MA 02451 | **BY ECF** |
| **BY ECF** | |

*/s/ Zaheer A. Samee*
Zaheer A. Samee / Leonard A. Frisoli