# United States Court of Appeals
## For the First Circuit

No. 12-1422

ROBERT S. SNYDER

Plaintiff - Appellee

v.

RALPH GAUDET, individually and as Superintendent of Public Buildings for the City of Waltham; PATRICK POWELL, individually and as Senior Building Inspector for the City of Waltham

Defendants - Appellants

BERNADETTE D. SEWELL, individually and as Assistant City Solicitor for the City of Waltham; CITY OF WALTHAM; SERAFINA COLLURA, individually and as City Councilor for the City of Waltham; JEANNETTE A. MCCARTHY, individually and as Mayor for the City of Waltham

Defendants

**MANDATE**

Entered: July 25, 2014

In accordance with the judgment of June 25, 2014, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Thomas R. Donohue
Leonard Andrew Frisoli
Leonard H. Kesten
Michelle L. Learned

Zaheer A. Samee
Bernadette D. Sewell
Luke Stanton